# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:**   20-01798

**Case Name:**   RTK PRODUCERS, INC.

**For Period Ending:**   03/31/2022

**Trustee Name:**   (670100) Matthew  J. Anderton

**Date Filed (f) or Converted (c):**   09/24/2020 (f)

**§ 341(a) Meeting Date:**   11/17/2020

**Claims Bar Date:**   05/12/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wheatland Bank Acct *****8814 | 383.25 | 383.25 | | 0.00 | 383.25 |
| 2 | A/R 90 days old or less. Face amount = $1,017.00. Doubtful/Uncollectible accounts = $0.00. | 1,017.00 | 1,017.00 | | 0.00 | 1,017.00 |
| 3 | Equipment, office equipment, office furniture, vehicles, and trailers. Valuation Method: Tax records | 265,759.79 | 0.00 | | 0.00 | 265,759.79 |
| 4 | 2015 Chevrolet Silverado 2500 HD **6969. Valuation Method: Comparable sale<br><br>Recommendation of auctioneer that the vehicle is cumbersome to the estate. FA | 24,500.00 | 15,468.69 | | 0.00 | FA |
| 5 | 2015 Chevrolet Silverado 2500 HD **5287. Valuation Method: Comparable sale<br><br>Recommendation of auctioneer that the vehicle is cumbersome to the estate. FA. | 24,500.00 | 12,337.62 | | 0.00 | FA |
| 6 | 2015 Chevrolet Silverado 2500 HD **7594. Valuation Method: Comparable sale<br><br>Recommendation of auctioneer that the vehicle is cumbersome to the estate. FA. | 24,500.00 | 13,565.14 | | 0.00 | FA |
| 6 | **Assets      Totals**      (Excluding unknown values) | **$340,660.04** | **$42,771.70** | | **$0.00** | **$267,160.04** |

**Major Activities Affecting Case Closing:**

10/14/20 - Application to employ Macon Bros Auctioneers. Order entered 10/19/20

11/20/20 - 341 meeting held. Continued to 1/11/21

1/4/21 - Motion for 2004 Exam filed by trustee

1/5/21 - Order granting motion

1/11/21 - Meeting adjourned and continued to 1/14/21. Trustee needs additional time to complete examination.

3/31/21 - Ongoing Evaluation of Assets and Claims

2/9/22 - Follow Up Correspondence Regarding Potential Claims and Recoveries; Request Bar Date

2/10/22 - Claims bar date set for 5/12/22

3/15/22 - Work With Potential Resolution of Claims Matters, Awaiting Response

**Initial Projected Date Of Final Report (TFR):**      12/01/2022          **Current Projected Date Of Final Report (TFR):**      02/01/2023