JESSE A.P. BAKER (SBN 36077)
ALDRIDGE PITE, LLP
The Ogden Building
9311 SE 36th St, Ste 207
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for   JPMORGAN CHASE BANK, N.A.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re | Case No. 20-01798-FPC7 |
| RTK PRODUCERS, INC., | Chapter 7 |
| Debtor(s). | NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

TO:         RTK PRODUCERS, INC., the Debtor;

AND TO:    DAVID A KAZEMBA, his attorney of record;

AND TO:    MATTHEW J ANDERTON, Chapter 7 Trustee;

AND TO:    ALL PARTIES IN INTEREST.

You and each of you should hereby take note that JPMorgan Chase Bank, N.A., Movant in the above-captioned matter, has petitioned the court for an order terminating the automatic stay against certain real property of the estate so that JPMorgan Chase Bank, N.A. may enforce its state court foreclosure remedies against said property.

The motion relates to the following property in the possession of the bankruptcy estate: 2015 Chevrolet Silverado.

The collateral has a fair market value of approximately $44,925.00. The encumbrances on the collateral are as follows: $9,186.62.

20-01798-FPC7    Doc 26    Filed 07/01/22    Entered 07/01/22 11:36:56    Pg 1 of 2

Movant further seeks a waiver of the fourteen-day "Stay of Order" provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

Any party objecting to the motion must file a written objection stating the grounds for the objection. Any objection, to be effective, must be filed with the court not later than 17 days from the service of this Notice, by sending the same to Ms. Beverly Benka, Clerk of the Court, U.S. Bankruptcy Court, Eastern District of Washington, P.O. Box 2164, Spokane, Washington 99210, and to Jesse A.P. Baker of Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933, as attorney for Movant. The date of service of this Notice is specified below and in the Proof of Service which accompanies this Notice.

All persons should note that their failure to file an objection will result in the court entering an order as stated above.

Dated: July 1, 2022

ALDRIDGE PITE, LLP

_____
JESSE A.P. BAKER, WSBA #36077
Attorneys for JPMORGAN CHASE BANK, N.A.