# STATE OF WASHINGTON
## Vehicle Certificate of Title

**Title Number**
[REDACTED]

| License Number | Vehicle Identification Number (VIN) | Year | Make | Model | Style | Series/Body |
|---|---|---|---|---|---|---|
| [REDACTED] | 1GC1KWE89FF566969 | 2015 | CHEV | 2K3 | CW | 2500 |

| Date of Application | Odometer Miles | Odometer Status | Fuel Type | | | |
|---|---|---|---|---|---|---|
| 05/20/2015 | 0000063 | A | G | | | |

| Scale Weight | Gross Vehicle Weight Rating Code | Vehicle Color | Prior Title State | Prior Title Number |
|---|---|---|---|---|
| 07320 | 000002 | | | |

**Comments**
48130-2015

**Brands**

Sale price $ _____

Date of sale _____

**Legal Owner:** To release interest, sign below and give this title to the registered owner/transferee or to a vehicle licensing office with the proper fee within 10 days of satisfaction of the security interest, or you may be liable to the owner/transferee for penalties.
**Buyer:** You must apply for title within 15 calendar days of acquiring the vehicle to avoid a penalty. Take this signed title to a vehicle/vessel licensing office with the appropriate fees.

**Legal Owner**

JP MORGAN CHASE BANK
PO BOX 901098
FORT WORTH, TX 76101-9550

**Registered Owner**

RTK PRODUCERS INC
PHILLIPS, RALPH
3284 BELL RD NE
MOSES LAKE, WA 98837

X _____ Date _____
Signature of first legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____ Date _____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature and title.

X _____ Date _____
Signature of second legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title

X _____ Date _____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

I certify that the records of the Department of Licensing show the persons named hereon as registered owners and legal owners of the vehicle described

*Pat Kohler*
Director, Department of Licensing

---

**Assignment by registered owner**

Federal regulation and state law require you to state the mileage when transferring ownership if the vehicle is less than 10 years old, unless exempt. Failure to complete this statement or providing a false statement may result in fines and/or imprisonment.

I certify, to the best of my knowledge, the odometer reading is: ➡ _____ (no tenths)   Transfer date ___/___/___
Odometer reading in miles

This reading is (check one): ☐ the actual mileage of the vehicle ☐ in excess of its mechanic limits ☐ not the actual mileage.

Signature of transferee/buyer
X

Signature of transferor/seller
X

PRINTED name of transferee/buyer

PRINTED name of transferor/seller

Address of transferee/buyer

Address of transferor/seller

**EXHIBIT B**