RTK PRODUCERS INC     ▮▮▮▮▮▮ ▮ 28 19     **EXHIBIT C**

| Eff. Date | Post Date | Amount | Code | Description | Principal | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 06/01/2015 | 06/01/2015 | $1,014.63 | 08080 | Chase.com External Tsf Pmt | $665.89 | $348.74 | $63,057.46 |
| 07/02/2015 | 07/02/2015 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $771.49 | $243.14 | $62,285.97 |
| 08/04/2015 | 08/04/2015 | $1,014.63 | 08080 | Teller Pmt | $758.97 | $255.66 | $61,527.00 |
| 09/02/2015 | 09/02/2015 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $792.69 | $221.94 | $60,734.31 |
| 10/01/2015 | 10/01/2015 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $795.56 | $219.07 | $59,938.75 |
| 11/06/2015 | 11/06/2015 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $746.23 | $268.40 | $59,192.52 |
| 12/01/2015 | 12/01/2015 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $830.57 | $184.06 | $58,361.95 |
| 01/04/2016 | 01/04/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $767.87 | $246.76 | $57,594.08 |
| 02/08/2016 | 02/08/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $764.58 | $250.05 | $56,829.50 |
| 03/01/2016 | 03/01/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $859.54 | $155.09 | $55,969.96 |
| 04/04/2016 | 04/04/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $778.58 | $236.05 | $55,191.38 |
| 05/03/2016 | 05/03/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $816.10 | $198.53 | $54,375.28 |
| 06/06/2016 | 06/06/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $785.30 | $229.33 | $53,589.98 |
| 07/06/2016 | 07/06/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $815.20 | $199.43 | $52,774.78 |
| 08/04/2016 | 08/04/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $824.79 | $189.84 | $51,949.99 |
| 09/12/2016 | 09/12/2016 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $51,949.99 |
| 09/20/2016 | 09/20/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $711.76 | $302.87 | $51,238.23 |
| 09/20/2016 | 09/20/2016 | $50.00 | 08088 | Late Chg Paymnt | $0.00 | $0.00 | $51,238.23 |
| 10/03/2016 | 10/03/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $932.00 | $82.63 | $50,306.23 |
| 11/01/2016 | 11/01/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $833.67 | $180.96 | $49,472.56 |
| 12/09/2016 | 12/09/2016 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $781.43 | $233.20 | $48,691.13 |
| 01/05/2017 | 01/05/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $851.49 | $163.14 | $47,839.64 |
| 02/06/2017 | 02/06/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $824.22 | $190.41 | $47,015.42 |
| 03/02/2017 | 03/02/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $874.28 | $140.35 | $46,141.14 |
| 04/10/2017 | 04/10/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $790.79 | $223.84 | $45,350.35 |
| 05/09/2017 | 05/09/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $851.05 | $163.58 | $44,499.30 |
| 06/01/2017 | 06/01/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $887.33 | $127.30 | $43,611.97 |
| 07/07/2017 | 07/07/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $819.34 | $195.29 | $42,792.63 |
| 08/01/2017 | 08/01/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $881.56 | $133.07 | $41,911.07 |
| 09/06/2017 | 09/06/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $826.96 | $187.67 | $41,084.11 |
| 10/05/2017 | 10/05/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $866.44 | $148.19 | $40,217.67 |
| 11/03/2017 | 11/03/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $869.56 | $145.07 | $39,348.11 |
| 12/12/2017 | 12/12/2017 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $39,348.11 |
| 12/15/2017 | 12/15/2017 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $809.07 | $205.56 | $38,539.04 |
| 01/11/2018 | 01/11/2018 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $885.20 | $129.43 | $37,653.84 |
| 02/02/2018 | 02/02/2018 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $911.60 | $103.03 | $36,742.24 |
| 03/07/2018 | 03/07/2018 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $863.81 | $150.82 | $35,878.43 |
| 04/12/2018 | 04/12/2018 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $35,878.43 |
| 04/24/2018 | 04/24/2018 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $800.42 | $214.21 | $35,078.01 |
| 05/14/2018 | 05/14/2018 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $35,078.01 |
| 05/15/2018 | 05/15/2018 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $923.00 | $91.63 | $34,155.01 |
| 06/12/2018 | 06/12/2018 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $34,155.01 |
| 07/12/2018 | 07/12/2018 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $34,155.01 |
| 07/16/2018 | 07/16/2018 | $2,029.26 | 08080 | Teller Pmt | $1,765.87 | $263.39 | $32,389.14 |
| 07/16/2018 | 07/16/2018 | $200.00 | 08088 | Late Chg Paymnt | $0.00 | $0.00 | $32,389.14 |
| 08/13/2018 | 08/13/2018 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $32,389.14 |
| 08/21/2018 | 08/21/2018 | $1,014.63 | 08080 | Teller Pmt | $869.60 | $145.03 | $31,519.54 |
| 09/12/2018 | 09/12/2018 | $1,014.63 | 08080 | Teller Pmt | $928.37 | $86.26 | $30,591.17 |
| 10/05/2018 | 10/05/2018 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $927.12 | $87.51 | $29,664.05 |
| 11/13/2018 | 11/13/2018 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $29,664.05 |
| 11/20/2018 | 11/20/2018 | $1,014.63 | 08080 | Teller Pmt | $844.90 | $169.73 | $28,819.15 |
| 12/06/2018 | 12/06/2018 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $957.28 | $57.35 | $27,861.87 |
| 01/14/2019 | 01/14/2019 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $27,861.87 |
| 02/06/2019 | 02/06/2019 | $1,164.63 | 08080 | CAF Direct Ck Pmt | $949.76 | $214.87 | $26,912.11 |
| 02/12/2019 | 02/12/2019 | $43.23 | 07011 | Late Charge | $0.00 | $0.00 | $26,912.11 |
| 02/21/2019 | 02/21/2019 | $864.63 | 08080 | Teller Pmt | $814.42 | $50.21 | $26,097.69 |
| 02/21/2019 | 02/21/2019 | $150.00 | 08088 | Late Chg Paymnt | $0.00 | $0.00 | $26,097.69 |
| 03/07/2019 | 03/07/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $969.18 | $45.45 | $25,128.51 |
| 03/26/2019 | 03/26/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $955.25 | $59.38 | $24,173.26 |
| 05/13/2019 | 05/13/2019 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $24,173.26 |
| 05/14/2019 | 05/14/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $867.30 | $147.33 | $23,305.96 |
| 06/12/2019 | 06/12/2019 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $23,305.96 |
| 06/18/2019 | 06/18/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $913.16 | $101.47 | $22,392.80 |
| 07/12/2019 | 07/12/2019 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $22,392.80 |
| 07/19/2019 | 07/19/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $928.30 | $86.33 | $21,464.50 |
| 07/25/2019 | 07/25/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $998.60 | $16.03 | $20,465.90 |
| 09/04/2019 | 09/04/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $910.26 | $104.37 | $19,555.64 |
| 10/15/2019 | 10/15/2019 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $19,555.64 |
| 10/23/2019 | 10/23/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $895.45 | $119.18 | $18,660.19 |
| 11/12/2019 | 11/12/2019 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $18,660.19 |
| 11/20/2019 | 11/20/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $949.64 | $64.99 | $17,710.55 |
| 12/05/2019 | 12/05/2019 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $981.58 | $33.05 | $16,728.97 |
| 12/05/2019 | 12/05/2019 | $343.23 | 08088 | Late Chg Paymnt | $0.00 | $0.00 | $16,728.97 |
| 01/02/2020 | 01/02/2020 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $956.37 | $58.26 | $15,772.60 |
| 02/04/2020 | 02/04/2020 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $950.07 | $64.56 | $14,822.53 |
| 03/06/2020 | 03/06/2020 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $957.64 | $56.99 | $13,864.89 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/13/2020 | 04/13/2020 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $13,864.89 |
| 04/28/2020 | 04/28/2020 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $923.47 | $91.16 | $12,941.42 |
| 05/12/2020 | 05/12/2020 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $12,941.42 |
| 05/20/2020 | 05/20/2020 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $979.31 | $35.32 | $11,962.11 |
| 06/12/2020 | 06/12/2020 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $11,962.11 |
| 07/03/2020 | 07/03/2020 | $1,014.63 | 08080 | CAF Direct Ck Pmt | $949.35 | $65.28 | $11,012.76 |
| 07/13/2020 | 07/13/2020 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $11,012.76 |
| 08/07/2020 | 08/07/2020 | $2,029.26 | 08080 | CAF Direct Ck Pmt | $1,981.45 | $47.81 | $9,031.31 |
| 08/07/2020 | 08/07/2020 | $200.00 | 08088 | Late Chg Paymnt | $0.00 | $0.00 | $9,031.31 |
| 09/14/2020 | 09/14/2020 | $50.00 | 07011 | Late Charge | $0.00 | $0.00 | $9,031.31 |
| 12/31/2020 | 12/31/2020 | $9,031.31 | 07083 | Charge Off | $9,031.31 | $0.00 | $0.00 |
| 12/31/2020 | 12/31/2020 | $50.00 | 08088 | Late Chg Paymnt | $0.00 | $0.00 | $0.00 |
| 12/31/2020 | 12/31/2020 | $163.56 | 08080 | Other Pmt Source | $0.00 | $163.56 | $0.00 |

EXHIBIT C