## Vehicle Information

| | |
|---|---|
| Vehicle: | 2015 Chevrolet Silverado 2500 HD Crew Cab LTZ 4WD 6.6L V8 T-Diesel |
| Region: | Pacific Northwest |
| Period: | June 7, 2022 |
| VIN: | 1GC1KWE89FF566969 |
| Mileage: | 97,500 |
| Base MSRP: | $56,525 |
| Typically Equipped MSRP: | $58,645 |
| Weight: | 0 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Rough | $39,125 | N/A | N/A | $39,125 |
| Average | $40,975 | N/A | N/A | $40,975 |
| Clean | $42,500 | N/A | N/A | $42,500 |
| Clean Loan | $38,875 | N/A | N/A | $38,875 |
| Clean Retail | $47,825 | N/A | N/A | $47,825 |

### Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Automatic Climate Control | w/body | w/body |
| Back Up Camera | w/body | w/body |
| Bluetooth Connection | w/body | w/body |
| Navigation System | w/body | w/body |
| Univ Garage Door Opener | w/body | w/body |
| 6.6L V8 Turbo Diesel Engine | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Fog Lights | w/body | w/body |
| Heated Exterior Mirrors | w/body | w/body |
| Leather Seats | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |
| Power Driver's Seat | w/body | w/body |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J D Power  **EXHIBIT D**

Page 1 of 2

20-01798-FPC7   Doc 27-4   Filed 07/01/22   Entered 07/01/22 11:40:16   Pg 1 of 2

|  | Trade-In/Loan | Retail |
|---|---|---|
| Power Passenger Seat | w/body | w/body |
| Remote Engine Starter | w/body | w/body |
| Heated Front Seats | w/body | w/body |
| Bose Premium Stereo | w/body | w/body |